UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERT WICKS,

        Plaintiff,

    v.

CHRYSLER GROUP, LLC.,
AND AUTOWEST CHRYSLER
DODGE JEEP,

        Defendants.
_____/

NO. CIV. S-10-3214 LKK/KJN

O R D E R

    A status conference was held in chambers on February 7, 2011. After hearing, the court orders as follows:

    1.   A further status conference is set for April 11, 2011 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: February 8, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1