UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERT WICKS,

        Plaintiff,

   v.

CHRYSLER GROUP, LLC, and
AUTOWEST CHRYSLER DODGE
JEEP,

        Defendants.
_____/

NO. CIV. S-10-3214 LKK/KJN

O R D E R

Pending before the court in the above captioned case is plaintiff's motion for leave to file an amended complaint. The motion is currently set to be heard on May 9, 2011. Defendants file a statement of non-opposition to plaintiff's motion.

For the foregoing reasons the court ORDERS as follows:

   (1)   Plaintiff's motion for leave to file an amended complaint (Doc. No. 24) is GRANTED.

   (2)   Hearing on plaintiff's motion is VACATED.

////

////

1

1  (3)  Plaintiff shall file and serve his amended complaint
2       within fourteen (14) days of the issuance of this
3       order.
4  IT IS SO ORDERED.
5  DATED: April 26, 2011.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT