1  JON D. UNIVERSAL, SBN 141255
   JOSEPH R. WHEELER, SBN 216721
2  **UNIVERSAL, SHANNON & WHEELER LLP**
   2240 Douglas Boulevard, Suite 290
3  Roseville, California 95661
   Telephone: (916) 780-4050
4  Facsimile: (916) 780-9070

5  Attorneys for **AUTOWEST, INC. dba AUTOWEST CHRYSLER DODGE JEEP**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EVERT WICKS, | Case No.: 2:10-CV-03214-LKK-KJN |
| Plaintiff, | Judge:  Hon. Lawrence K. Karlton |
| vs. | **STIPULATION** |
| CHRYSLER GROUP LLC., AND AUTOWEST CHRYSLER DODGE JEEP, | Complaint Filed: Unknown<br>Trial Date:  None |
| Defendants. | |

   IT IS HEREBY STIPULATED BY PLAINTIFF EVERT WICKS AND DEFENDANT AUTOWEST CHRYSLER DODGE JEEP, BY AND THROUGH THEIR RESPECTIVE COUNSEL, THAT:

   Defendant AUTOWEST CHRYSLER DODGE JEEP shall have up to 28 days after service of the Amended Complaint to file and serve a response to it, or by no later than June 2, 2011.

**DATED:**  May 18, 2011          **THE SMITH FIRM**

                    **/s/**
                    _____
                    JOSE F. VERGARA, ESQ.
                    Attorney for Plaintiff EVERT WICKS

1
STIPULATION

1 | **DATED:** May 18, 2011 | **UNIVERSAL, SHANNON & WHEELER, LLP**

**/s/**
_____
JON D. UNIVERSAL, ESQ.
Attorneys for Defendant **AUTOWEST, INC. dba AUTOWEST CHRYSLER DODGE JEEP**

**IT IS SO ORDERED.**

**DATED: May 20, 2011**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT