1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  EVERT WICKS,

                              NO. CIV. S-10-3214 LKK/KJN
12          Plaintiff,

13      v.
                                    O R D E R
14  CHRYSLER GROUP, LLC, and
    AUTOWEST CHRYSLER DODGE
15  JEEP,

16          Defendants.
    _____/

17

18          Pending before the court in the above-captioned case is

19  the defendant's motion to dismiss, currently set to be heard on

20  July 5, 2011.  Due to a court scheduling conflict, the court

21  CONTINUES the hearing to July 18, 2011, at 10:00 AM.  The

22  deadline for filing a reply, if any, is unchanged.

23      IT IS SO ORDERED.

24      DATED:  June 29, 2011

                              LAWRENCE K. KARLTON
25                            SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
26

1